1018

**A. D. REYNOLDS, Jr., and Grace Reynolds, v. Seldon R. GLENN, Collector of Internal Revenue for the District of Kentucky.**

No. 7161.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1936.

Woodward, Dawson & Hobson and Edward P. Humphrey, all of Louisville, Ky., for appellant.

Bunk Gardner, U. S. Atty., of Louisville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellants.

---

**Charles M. RICE et al., Appellants, v. C. Raymond BRADFORD et al., Appellees.**

No. 7825.

Circuit Court of Appeals, Ninth Circuit.

Oct. 5, 1936.

Lawler & Degnan, Max Felix, and William T. Coffin, all of Los Angeles, Cal., for appellants.

Elvon Musick and Howard Burrell, both of Los Angeles, Cal., and Lawrence Livingston and Norman A. Eisner, both of San Francisco, Cal., for appellees.

Before GARRECHT, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

---

**Seldon R. GLENN, Collector of Internal Revenue for the District of Kentucky, v. A. D. REYNOLDS, Jr., and Grace Reynolds.**

No. 7162.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1936.

Bunk Gardner, U. S. Atty., of Louisville, Ky., for appellant.

Woodward, Dawson & Hobson and Edward P. Humphrey, all of Louisville, Ky., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellees.

---

**ST. MAURICE VALLEY PAPER CO., Ltd., Libelant-Appellant, v. CONTINENTAL INSURANCE COMPANY, Respondent-Appellee.**

No. 29.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1936.

Earl Appleman, of New York City, for appellant.

Haight, Griffin, Deming & Gardner, of New York City (Charles S. Haight and Wharton Poor, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree (13 F.Supp. 346), affirmed.